PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Christina A. Jaska</u>   Case Number: <u>1:09-00009-03</u>

Name of Sentencing Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>February 1, 2010</u>

Original Offense: <u>21 U.S.C. § 846, Conspiracy to Distribute and to Possess with Intent to Distribute Methylenedioxymethamphetamine (MDMA)</u>

Original Sentence: <u>30 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>March 29, 2012</u>

Assistant U.S. Attorney: <u>Brent A. Hannafan</u>   Defense Attorney: <u>Kenneth D. Quillen</u>

---

THE COURT ORDERS:

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 18th day of Feb., 2014, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place   Nashville, Tennessee

Date   February 18, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall not commit another federal, state, or local crime.**

    On October 27, 2013, Ms. Jaska was arrested by the Mt. Pleasant Police Department and charged with Public Intoxication. She was convicted of the charge on November 22, 2013, and ordered to pay $408 in court costs and fine.

2. **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

    Ms. Jaska failed to notify the probation officer of the arrest on October 27, 2013.

**Compliance with Supervision Conditions and Prior Interventions:**

Ms. Jaska began supervised release on March 29, 2012. She is scheduled to terminate supervised release on March 28, 2015.

Ms. Jaska was referred for a substance abuse assessment on May 15, 2012. A substance abuse assessment was completed on May 24, 2012, recommending her to attend outpatient substance abuse treatment. She successfully completed substance abuse treatment in March 2013.

A report was submitted to the Court asking for no action on August 2, 2013, to inform that Ms. Jaska had been arrested for Theft on July 3, 2013. The Court ordered no action at that time.

A report was submitted to the Court asking for no action on October 9, 2013, to inform that Ms. Jaska had been convicted of the Theft charge on September 4, 2013, and sentenced to probation for 11 months and 29 days. The Court ordered no action at that time.

During a home contact with Ms. Jaska on February 4, 2014, a shotgun and ammunition were discovered by the probation officer. Christopher Jaska, Ms. Jaska's father, reported ownership of the gun and ammunition. He was required to remove the weapon and the ammunition from the home in the presence of the probation officer and re-instructed regarding the prohibition of firearms and ammunition in the residence that Ms. Jaska is residing.

Ms. Jaska remained unemployed until November 2013, when she began employment with McDonald's in Columbia, Tennessee. She has remained employed since that time.

**U.S. Probation Officer Recommendation:**

It is recommended that Ms. Jaska be continued on supervised release with no further action at this time. She has been verbally reprimanded and advised that further noncompliance may result in sanctions by the Court.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer